# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO HERNANDEZ, et al.,<br>　　Plaintiffs,<br><br>　　　　　v.<br><br>FCA US LLC,<br>　　Defendant. | CV 20-3879 DSF (JPRx)<br><br>Order DENYING Motion to Remand (Dkt. No. 11) |

　　Plaintiffs move for remand on the basis that Defendant's removal was untimely. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for June 29, 2020 is removed from the Court's calendar.

　　Plaintiffs argue that the time for removal runs from the time service was complete. They completely ignore the governing statute, which states that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the *receipt* by the defendant" of the initial pleading. 28 U.S.C. § 1446(b) (emphasis added). Defendant received the pleading on March 30, 2020 and removed on April 28, which was within 30 days.

　　The motion to remand is DENIED.

　　IT IS SO ORDERED.

Date: June 17, 2020

　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge