JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO HERNANDEZ; and MARIA HERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No: 2:20-cv-03879-DSF-JPR<br>Dist. Judge Dale S. Fischer<br>Mag. Judge Jean P. Rosenbluth<br>Courtroom 7D<br><br>**ORDER**<br><br><br><br>Trial date: July 13, 2021 |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Date: June 4, 2021

　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　United States District Judge

1